*E-FILED 05-02-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAIN HASTINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION,<br><br>Defendant. | Case No. 5:11-cv-01508-HRL<br><br>~~[PROPOSED]~~ **ORDER GRANTING UNOPPOSED REQUEST TO WITHDRAW AS COUNSEL FOR MAIN HASTINGS, LLC**<br><br>**[Re:   Docket No. 30]** |

This Court, having reviewed the Request to Withdraw as counsel, and good cause appearing therefore, orders that Scott English Stevens, Gregory P. Love, and Kyle J. Nelson ("Stevens Love") are hereby withdrawn as counsel of record for Main Hastings, LLC, with no further obligations in this matter.

Counsel and the Clerk of this Court shall remove counsel from Stevens Love from all service lists, including but not limited to ECF service lists, and cease to serve counsel at Steven Love with orders, motions, applications, petitions, discovery and any other matters subject to service and/or notice in this matter.

IT IS SO ORDERED.

Dated:  May 2, 2011                                    _____
                                                                              Honorable Judge Howard R. Lloyd
                                                                              United States Magistrate Judge