UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC. ET AL.,<br><br>Defendants. | Case No. 5:04-cv-04379-JF<br><br>~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>(Civil L.R. 3-12 and 7-11) |

This Court, having reviewed the Administrative Motion To Consider Whether Cases Should Be Related, and good cause appearing, grants the motion.

The Court finds that the following cases, previously or currently pending in the Northern District of California, are related:

(1) *SanDisk Corp. v. STMicroelectronics, Inc. et al.*, Case No. 5:04-cv-04379-JF;

(2) *Ritz Camera & Image, LLC v. SanDisk Corp. et al.*, Case No. 5:10-cv-02787-JF; and

(3) *Main Hastings, LLC v. SanDisk Corp.*, Case No. 5:11-cv-01508-HRL.

Under Civil L.R. 3-12(f)(3), Case No. 5:11-cv-01508-HRL shall be reassigned to the Honorable Jeremy Fogel.

IT IS SO ORDERED.

Dated:   5/16/11

Honorable Jeremy Fogel
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
5:04-cv-04379-JF